754

No. 533. RINN, ADMINISTRATOR, v. MUTUAL LIFE INS. CO. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Francis O'Sullivan* for petitioner. *Messrs. Silas H. Strawn* and *George T. Evans* for respondent.

No. 537. IRVING TRUST CO., TRUSTEE, v. BURNETT. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William J. Donovan* and *Theodore S. Hope, Jr.,* for petitioner. *Messrs. George W. Yancey* and *Walter Brower* for respondent.

No. 539. KAY & ESS CO. v. COE, COMMISSIONER OF PATENTS. December 6, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. R. F. Whitehead* for respondent.

No. 547. DELAWARE v. IRVING TRUST CO. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Ralph G. Albrecht* and *Amos J. Peaslee* for petitioner. *Mr. Godfrey Goldmark* for respondent.

No. 481. MEURER STEEL BARREL CO. v. UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Court of Claims denied. *Mr. Emanuel A. Stern* for peti-

tioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul Campbell* for the United States.

No. 535. FOLLETT ET AL. *v.* CALIFORNIA. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. Calvin Brown* for petitioners. *Messrs. U. S. Webb* and *John O. Palstine* for respondent.

No. 538. FIDELITY & CASUALTY Co. *v.* UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry S. Hall* and *Otto B. Schmidt* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for the United States.

No. 545. STUMBO ET AL. *v.* UNITED STATES. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George B. Martin* and *Sawyer A. Smith* for petitioners. *Assistant Attorney General McMahon* and *Mr. William W. Barron* for the United States.

No. 548. COLUMBIAN NATIONAL LIFE INS. Co. *v.* WALLERSTEIN. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Frederick H. Nash* and *Richard Wait* for petitioner. *Mr. Thad M. Talcott, Jr.,* for respondent.